**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **V.G. ET AL,** | |
| **Plaintiffs,** | **25-cv-05735 (ALC)** |
| **-against-** | **ORDER OF DISCONTINUANCE** |
| **N.Y.C. DEPARTMENT OF EDUCATION,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty (30) days.  All deadlines are adjourned *sine die*. The Clerk of Court is respectfully

directed to terminate the pending motion at Dkt. No. 9.

**SO ORDERED.**

Dated:    January 5, 2026
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**